UNITED STATES of America, Plaintiff–Appellee,

v.

Chris Richard DREW, Defendant–Appellant.

No. 06–10011
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 5, 2006.

Susan B. Cowger, Jerri L. Sims, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, Chief Judge, and
SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Chris Richard Drew raises arguments that are foreclosed by *United States v. McCarty,* 36 F.3d 1349, 1361 (5th Cir. 1994), which held that the Double Jeopardy Clause does not bar punishments under both 18 U.S.C. §§ 924(c) and 2113(a) and (d). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before JONES, Chief Judge, and
SMITH and STEWART, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

